IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DESHON LADON MARTIN**                                                        **PLAINTIFF**

v.                                   No. 4:16-cv-524-DPM

**RODRIGUEZ, Patrol Officer, NLRPD;**
**MAYNARD, Patrol Officer, NLRPD;**
**MOSS, Detective, NLRPD**                                                    **DEFENDANTS**

## JUDGMENT

Martin's complaint is dismissed without prejudice.


*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

 30 November 2016